Railroad Company. No opinion. Transferred to Fourth Department.

---

SKIDMORE v. FOUNDRY IRON WORKS. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Frank Skidmore against the Foundry Iron Works. No opinion. Motion granted, with $10 costs. Order filed.

---

In re SLUTZKIN. (Supreme Court, Appellate Division, First Department. October 30, 1914.) In the matter of Maxwell R. Slutzkin. No opinion. Referred to official referee. Settle order on notice.

---

In re SMITH. (Supreme Court, Appellate Division, Fourth Department. October 7, 1914.) In the matter of Charles A. B. Smith, an attorney at law. No opinion. Mr. Charles A. Hawley, an attorney residing at Seneca Falls, appointed referee in place of Hon. William Carter, deceased, to pass upon the issues upon the testimony already taken and upon such further evidence as may be presented, and to report the same with his opinion thereon to this court. See, also, 155 App. Div. 945, 947, 140 N. Y. Supp. 1146.

---

SMITH, Respondent, v. BUFFALO, L. & R. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1914.) Action by Irving E. Smith against the Buffalo, Lockport & Rochester Railway Company. No opinion. Appeal from order dismissed, without costs, upon stipulation filed. See, also, 162 App. Div. 931, 147 N. Y. Supp. 1142.

---

SMITH, Respondent, v. DUNN, Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) Action by Arthur R. Smith against William A. Dunn. No opinion. Order affirmed, with $10 costs and disbursements.

---

SMITH et al., Respondents, v. STEERS, Appellant, et al. (Supreme Court, Appellate Division, First Department. November 6, 1914.) Action by Clement H. Smith and another against Susan G. Steers, impleaded. J. Burt, Jr., of New York City, for appellant. G. Hahn, of New York City, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

INGRAHAM, P. J., and HOTCHKISS, J., dissent, on the ground that the contract between the parties did not authorize the plaintiff to make repairs at the expense of the defendant.

---

SMITH, Respondent, v. SMITH, Appellant, et al. (Supreme Court, Appellate Division, Third Department. September 9, 1914.) Action

by Joanna E. Smith against Bridget M. Smith, as administratrix, etc., of Patrick Feenan, deceased, impleaded with others. No opinion. Judgment unanimously affirmed, with costs. See, also, 159 App. Div. 932, 144 N. Y. Supp. 1145.

---

SOBOTIK, Appellant, v. INTERBORO RAPID TRANSIT CO., Respondent. (Supreme Court, Appellate Division, First Department. October 23, 1914.) Action by Michael Sobotik against the Interboro Rapid Transit Company. J. G. Grauer, of New York City, for appellant. B. H. Ames, of New York City, for respondent. No opinion. Order affirmed, with costs. Order filed.

---

SOEHNER, Appellant, v. NEW YORK CENT. & H. R. R. Co., Respondent. (Supreme Court, Appellate Division, Fourth Department. September 23, 1914.) Action by Margaret Soehner, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Appeal dismissed without costs, upon stipulation filed.

---

SPAETH, Respondent, v. GASTEIGER et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 30, 1914.) Action by Louis Spaeth against John G. Gasteiger, and another.

PER CURIAM. Order affirmed, without costs.

THOMAS, J., dissents.

---

SPENCE v. WOOD et al. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) Action by Mildred C. Spence against John James Wood and others. No opinion. Order affirmed, with $10 costs and disbursements.

---

SPREEN, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Sophie Spreen, as administratrix, against the Erie Railroad Company. W. C. Cannon, of New York City, for appellant. S. A. Syme, of Mt. Vernon, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

LAUGHLIN and SCOTT, JJ., dissent.

---

STALLO v. JONES. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Edmund K. Stallo against Arthur H. Jones. No opinion. Motion denied, without costs. Order filed. See, also, 153 App. Div. 900, 138 N. Y. Supp. 1144; 149 N. Y. Supp. 1112.

---

STALLO, Appellant, v. JONES, Respondent. (Supreme Court, Appellate Division, First De-